IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>          **Plaintiff,**                           )<br>                                                              )<br>vs.                                                        )          Case No. 14–cr–30141–MJR–2<br>                                                              )<br>GREGORY GILMER,                       )<br>                                                              )<br>          **Defendant.**                        ) | |

## MEMORANDUM & ORDER ADOPTING REPORT & RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On October 29, 2014, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Counts 1 and 2 of the (two-count) indictment. On October 29, 2014, Judge Williams recommended that the undersigned accept the guilty plea, and notified the parties that any objection to his Report and Recommendation would be due on or before November 17, 2014.

That deadline has come and gone with no objection from either party. Accordingly, the Court **ADOPTS** in its entirety the Report & Recommendation (**Doc. 38**), **ACCEPTS** Defendant Gilmer's guilty plea, and **ADJUDGES** Defendant Gilmer guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for January 30, 2015, at 9:00 a.m.

IT IS SO ORDERED.
DATE: **November 20, 2014**               s/ *Michael J. Reagan*
                                                              MICHAEL J. REAGAN
                                                              **Chief Judge**
                                                              **UNITED STATES DISTRICT COURT**