IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cr-30141-SMY |
| | ) |
| GREGORY GILMER, JR., | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Gregory Gilmer pled guilty to conspiracy to commit bank robbery by use of a dangerous weapon (Count 1) and bank robbery by use of a dangerous weapon (Count 2). He was sentenced to 70 months imprisonment and 3 years of supervised release on March 5, 2015. Now pending before the Court is Gilmer's Motion for Early Termination of Supervised Release (Doc. 121) to which the United States and Probation object (Doc. 123).

After considering the relevant factors set forth in 18 U.S.C. § 3553(a), the Court may terminate a defendant's supervised release at any time after he or she has served one year of the term and if it is satisfied that the early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1). Here, the Government opposes Defendant's request for early termination based on the limited time he has been on supervised release and his continued inability to comply with the terms and conditions of his supervision. Probation concurs and reports that Gilmer is not a good candidate for early termination due to multiple violations and his failure to report to the halfway house as ordered.

Early termination of Defendant's supervised release is not warranted at this time. Additional monitoring is needed to serve the interests of justice given Defendant's noncompliance with the terms and conditions of his supervision. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 121) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  February 23, 2021**

**STACI M. YANDLE**
**United States District Judge**