Gregory Gilmer Jr.
Jefferson County Justice Center
911 Casey Avenue
Mount. Vernon, Illinois 62864

Sent via U.S. Mail:
United States District Court
Attn: Office of the Clerk
750 Missouri Ave
East Saint Louis, IL 62201

    Re: EMERGENCY MOTION FILING
        2014-CR-30141-SMY

Dear Madam or Sir Clerk,

    Please find enclosed a motion for emergency release custody pending the revocation proceeding.

    Can you please send me back a filed stamped copy as the facility I am currently in is operating on a modified schedule due to the coronavirus pandemic and it is very difficult to get with staff to make copies for me?

Thank you for your time and attention.

Respectfully Submitted,

s/ *Gregory Gilmer, Jr.*
   Gregory Gilmer Jr.

Enclosures included.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**Gregory Gilmer, Jr**

    **Defendant,**

**v.**                                                   **CASE: 2014-cr-30141-SMY**

**United States of America,**

    **Plaintiff.**

### MOTION FOR EMERGENCY RELEASE WITH URGENT HEARING

Defendant, Gregory Gilmer, ("Mr. Gilmer") files this motion but first ask that it be construed liberally pursuant to *Haines v. Kerner*, 404 U.S 519, (1972). Mr. Gilmer files this motion to emergency release pending the revocation proceeding.

In support thereof M Brown states the following facts:

Comes now Gregory Gilmer Jr and his Motion for Emergency Release, and states:

1. I am currently in US Marshal custody awaiting a Judicial Proceeding and am not facing new criminal charges.

2. I humbly ask for release on personal recognizance under conditions pursuant to 18 USC 3142(c) for the following reason(s):

    (a) My wife passed away on 9/24/2021, and the welfare of our minor child is at stake.

    (b) Our son's support system is limited to that of his parents.

3. I ask the Court to grant this request given that I do not pose a threat to the community and have not acquired any new charges in addition to my emergent family situation.

4. I can satisfy any condition of release reasonably necessary to assure court appearance as well as the safety of the community.

## CONCLUSION

**WHEREAS** I pray that the court grant this Motion as proposed in the above as it sees just and proper**.**

Respectfully,

s/ *Gregory Gilmer, Jr.*
    Gregory Gilmer Jr.